UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22-CR-2575-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| OSCAR GOMEZ-GALVAEZ, | |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for December 16, 2022, at 1:30 p.m., be continued to January 20, 2023 at 1:30 p.m. The Court finds that time is excluded under 18 U.S.C. § 3161(h)(1)(D) and in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

DATED: December 2, 2022

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge